CURTIS E. LEYSHON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Leyshon v. Comm'r
Docket No. 20983-13.
United States Tax Court
2015 U.S. Tax Ct. LEXIS 52; June 5, 2015, Decided
Leyshon v. Comm'r, T.C. Memo 2015-104, 2015 Tax Ct. Memo LEXIS 113 (T.C., 2015)
*52 Curtis E. Leyshon, Petitioner, Pro se.
For Respondent: Olivia H. Rembach, IRS, Office of Chief Counsel, Greensboro, NC.
David Gustafson, Judge.
David Gustafson
ORDER AND DECISION
Pursuant to the determination of the Court as set forth in its Memorandum Opinion (T.C. Memo. 2015-104), filed June 3, 2015, it is
ORDERED that the Court's order to show cause dated July 31, 2014, is hereby made absolute. It is further
ORDERED that petitioner Curtis E. Leyshon's motion for reconsideration of order filed August 29, 2014, is denied. It is further
ORDERED AND DECIDED that there is a deficiency in income tax and penalty due from petitioner Curtis E. Leyshon for the taxable year 2010 as follows:
Addition to Tax/PenaltyPursuant to I.R.C.
Year
Deficiency
§ 6651(a)(1)
§ 6651(a)(2)
2010
$2,437.00
$548.33
$0.00
It is further
ORDERED AND DECIDED that petitioner Curtis E. Leyshon shall pay to the United States a penalty under section 6673(a)(1) in the amount of $2,000.00.
(Signed) David Gustafson
Judge
ENTERED: June 5, 2015